IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM E. GOOD | : | CIVIL ACTION |
| **Plaintiff** | : | |
| v. | : | |
| | : | |
| AMERICAN HERITAGE LIFE INSURANCE CO., ET AL | | NO.   02-3725 |
| **Defendant** | : | |

### ARBITRATION CERTIFICATION

I, __Andrew Bellwoar__, counsel for __Plaintiff William Good__, do hereby certify pursuant to Local Rule 53.2 - ARBITRATION, that to the best of my knowledge and belief the damages recoverable in the above-captioned civil action exceed the sum of $150,000 exclusive of interest and costs.

DATE: 6/25/02                    _[signature]_

ARBCERT3 (7/95)