IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM E. GOOD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AMERICAN HERITAGE LIFE** | : | |
| **INSURANCE CO., et al.** | : | **NO. 02-3725** |

**O R D E R**

AND NOW, this 12th day of July, 2002, it is hereby **ORDERED** that, pursuant to Rules 16(b)(1)-(3) and 26(f) of the Federal Rules of Civil Procedure, an **initial pretrial conference** will be held on **Monday, September 18, 2002 at 2:40 p.m.** before the Honorable M. Faith Angell, United States Magistrate Judge, Rm. 3030, 3rd Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

Consistent with the amended Fed.R.Civ.P. 26(f), the parties will be excused from submitting a written report to the Court and will be permitted to report orally on their discovery plan at the Rule 16(b) conference.

It is the obligation of counsel for the Plaintiff to serve a copy of this Order upon counsel for each of the Defendants and upon counsel for any other parties joined prior to the date of the conference, as soon as the identity of such counsel is learned.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

# ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4389**
**TODAY'S DATE**: July 12, 2002           **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Andrew J. Bellwoar, Esq./ Thomas J. Kent, Jr., Esq. | 610-321-0505 |
| 2. Joan E. Burnes, Esq. | 215-994-2222 |