## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM E. GOOD** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **AMERICAN HERITAGE LIFE** | : | |
| **INSURANCE CO., et al.** | : | **NO.  02-3725** |

### AMENDED
### O R D E R

AND NOW, this 30th day of July, 2002, it is hereby **ORDERED** that my prior

Order of July 12, 2002 is hereby corrected as follows:

"[ . . . ] an initial pretrial conference will be held on **Wednesday**, September 18, 2002 at

**2:40 p.m.** before the Honorable M. Faith Angell, United States Magistrate Judge, Rm. 3030, 3rd

Floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA  19106."

Nothing in this Order is intended to alter the remaining provisions of my July 12, 2002

Order.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

## ORDER FAX FORM

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.


**CASE NO. 02-4389**
**TODAY'S DATE**: July 30, 2002        **LAW CLERK'S INITIALS**: JJK


**NAME**                                    **FAX NUMBER** (Area Code & Number)

1.  Andrew J. Bellwoar, Esq./
       Thomas J. Kent, Jr., Esq.             610-321-0505
2.  Joan E. Burnes, Esq.                     215-994-2222