IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM E. GOOD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AMERICAN HERITAGE LIFE** | : | |
| **INSURANCE CO., et al.** | : | NO. 02-3725 |

**O R D E R**

AND NOW, this 23rd day of September, 2002, after holding a Rule 16 initial pretrial conference in the above-captioned matter, it is hereby **ORDERED** that:

1. The parties are to work together to complete fact-based discovery by January 20, 2002.

2. It is my understanding that this action has not been reassigned, and remains with Judge Reed for decision on Defendants' motion to dismiss, or in the alternative, to abstain.

3. On January 21, 2003 at 3:30 p.m., the parties are to place a telephone conference call to chambers. The purpose of this conference call will be to discuss the status of this action and the scheduling of a settlement conference and/or expert discovery. Plaintiff's counsel is to initiate the January 21, 2003 conference call.

4. During the course of discovery, the parties are expected to work together to move this case forward. In the event that counsel cannot, in good faith, resolve a discovery dispute without court intervention, they are directed to contact chambers through a telephone call or informal letter (faxed to chambers) to request the scheduling of a conference. A telephone or in-person conference to discuss and resolve the dispute will be scheduled in a prompt fashion. The filing of formal discovery motions is discouraged.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE

**ORDER FAX FORM**

If you want your Order faxed,
please provide names and fax numbers below.
Thank you.

**CASE NO. 02-4389**
**TODAY'S DATE**: September 23, 2002          **LAW CLERK'S INITIALS**: JJK

| **NAME** | **FAX NUMBER** (Area Code & Number) |
|---|---|
| 1. Andrew J. Bellwoar, Esq./ Thomas J. Kent, Jr., Esq. | 610-321-0505 |
| 2. Joan E. Burnes, Esq. | 215-994-2222 |